IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-CR-00263-1-BCW |
| | ) | |
| MARCO ANTONIO | ) | |
| VERDUCZO-MORETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. #83) denying Defendant's Motion to Suppress Evidence and Statements (Doc. #69). Defendant filed objections to the Report and Recommendation (Doc. #88). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Larsen's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Magistrate Judge Larsen's Report and Recommendation (Doc. #83) be attached to and made part of this Order, and Defendant's Motion to Suppress (Doc. #69) is DENIED.

IT IS SO ORDERED.

DATED: July 23, 2013                          /s/ Brian C. Wimes
                                             JUDGE BRIAN C. WIMES
                                             UNITED STATES DISTRICT COURT